# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135674(49)

JEFFREY GROSS,
      Plaintiff-Appellee,

v

                               SC: 135674
                               COA: 275077

PHILIP GARY LANDIN and
WEST BLOOMFIELD TOWNSHIP WATER
AND SEWER DEPARTMENT,
      Defendants-Appellants.

Oakland CC: 2002-038836-NI

_____/

      On order of the Court, the motion for reconsideration of this Court's April 28, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008                                                          

d0721

Clerk